# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MARY LOU NIMMONS,** | § | |
| *Plaintiff,* | § | CIVIL ACTION NO. _____ |
| **v.** | § | |
| | § | JURY |
| **STATE FARM LLOYDS,** | § | |
| *Defendant.* | § | |

## INDEX OF MATTERS FILED

1. **Civil Cover Sheet**

2. **Defendant State Farm Lloyds' Notice of Removal**

3. **Exhibit A**

   **Index of Matters Filed**

4. **Exhibit B**

   **Plaintiffs' Original Petition, filed September 14, 2023**
   **Citation Issued to State Farm Lloyds**
   **Defendant State Farm Lloyds Original Answer, filed October 16, 2023**
   **Docket Sheet**

5. **Exhibit C**

   **Plaintiff's Pre-Suit Demand Letter**